IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LUCRECIA MARCELINO GARCIA,<br><br>                        Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES,<br><br>                       Defendant. | 6:21-cv-01138-MK<br><br>JUDGMENT |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice.

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 20th day of May 2022.

                                                          MELISSA AUBIN
                                                          Clerk of Court

                                                          By:    /s/ J. Klein
                                                                       Deputy Clerk